Matter of McDuffie v Coleman
2026 NY Slip Op 03550
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF DWANE MCDUFFIE, JR., PETITIONER-RESPONDENT,
v
TRAYLANTA COLEMAN, RESPONDENT-APPELLANT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
283 CAF 24-00961
Present: Whalen, P.J., Bannister, Montour, Greenwood, And Hannah, JJ.

CHARLES J. GREENBERG, AMHERST, FOR RESPONDENT-APPELLANT.
CAITLIN M. CONNELLY, BUFFALO, FOR PETITIONER-RESPONDENT.
GARY MULDOON, ROCHESTER, ATTORNEY FOR THE CHILD.

Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered May 30, 2024, in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioner sole custody of the subject child.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Matter of McDuffie v Coleman ([appeal No. 1] — AD3d — [June 5, 2026] [4th Dept 2026]).
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court